**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SULIMAN PERKINS,<br><br>    Plaintiff,<br><br>    v.<br><br>INTERNATIONAL PAPER COMPANY,<br><br>    Defendant. | CIVIL ACTION NO. 3:18-CV-1830<br><br>(JUDGE CAPUTO) |

## ORDER

**NOW,** this 20TH day of September, 2019, the Court having been notified that the above case has been settled, **IT IS HEREBY ORDERED** that this case is dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reinstate the action within sixty (60) days of the date of this Order if settlement is not consummated.

        /s/ A. Richard Caputo
        A. Richard Caputo
        United States District Judge